Official Form 1 (4/07)

| United States Bankruptcy Court<br>**Northern District of Illinois ` model plan** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Green, Clarice** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-1839** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1624 E. 78th Street, 2nd Fl**<br>**Chicago, IL**<br>ZIP Code **60649** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                              **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Green, Clarice** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ James L. Hardemon**          **November  2, 2007** Signature of Attorney for Debtor(s)            (Date) **James L. Hardemon** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                      FORM B1, Page 3

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Green, Clarice** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**   **/s/ Clarice Green**
_____
Signature of Debtor   **Clarice Green**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

  **November 2, 2007**
_____
Date

### Signature of Attorney

**X**   **/s/ James L. Hardemon**
_____
Signature of Attorney for Debtor(s)

  **James L. Hardemon 1126229**
_____
Printed Name of Attorney for Debtor(s)

  **Legal Remedies, Chartered**
_____
Firm Name

  **8527 S. Stony Island**
  **Chicago, IL 60617**

_____
Address

  **773-374-5288   Fax: 773-374-5642**
_____
Telephone Number

  **November 2, 2007**
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois ` model plan

In re **Clarice Green**                                          Case No. _____

                                 Debtor(s)              Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   __**/s/ Clarice Green**_____
                             **Clarice Green**
Date:   __**November  2, 2007**_____

Form 6-Summary (10/06)

# United States Bankruptcy Court
### Northern District of Illinois ` model plan

In re    **Clarice Green**                                         ,     Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,335.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 15,044.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 66,576.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 835.47 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,241.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| | Total Assets | | 4,335.00 | | |
| | Total Liabilities | | | 81,620.99 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois ` model plan

In re   **Clarice Green**

                                  Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 835.47 |
| Average Expenses (from Schedule J, Line 18) | 1,241.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 835.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 11,409.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 66,576.99 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 77,985.99 |

Form B6A
(10/05)

In re      **Clarice Green**                                                      ,      Case No. _____

                                                   Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                Best Case Bankruptcy

Form B6B
(10/05)

In re   **Clarice Green**        ,     Case No. _____
                           Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TCF Bank - Checking Account - Debtor states there is no monthly carryover balance** | - | 0.00 |
| | | **Kankakee Credit Union - Savings Account - Debtor states there is no monthly carryover balance** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord in the amount of $600 - Debtor states there is no cash surrender value** | - | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods including: Bed, couch, sofa, tv, vcr, stereo** | - | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Used Personal Clothes** | - | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance - Daughter is Beneficiary - Debtor states there is no cash surrender value** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **700.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6B
(10/05)

In re    **Clarice Green**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6B
(10/05)

In re    **Clarice Green**                                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Hyundai Elantra Mileage 55,000 Creditor: Nationwide Acceptance** | - | 3,635.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 3,635.00 |
| (Total of this page) | |
| Total > | 4,335.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6C
(4/07)

.

In re    **Clarice Green**                                                    ,    Case No. _____
                                                                          Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Household goods including: Bed, couch, sofa, tv, vcr, stereo** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Used Personal Clothes** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Hyundai Elantra Mileage 55,000 Creditor: Nationwide Acceptance** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **3,635.00** |
| | Total: | **1,900.00** | **4,335.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re  **Clarice Green**
_____,
Debtor

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **648982** <br><br> **Nationwide Acceptance** <br> **3435 N. Cicero Avenue** <br> **Chicago, IL 60641** | | - | **2004** <br><br> **Vehicle Lien** <br><br> **2000 Hyundai Elantra** <br> **Mileage 55,000** <br> **Creditor: Nationwide Acceptance** | | | | | |
| | | | Value $                    **3,635.00** | | | | **15,044.00** | **11,409.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**  continuation sheets attached | Subtotal <br> (Total of this page) | **15,044.00** |  **11,409.00** |
| | Total <br> (Report on Summary of Schedules) | **15,044.00** | **11,409.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07)

.

In re   **Clarice Green**                                                                        ,   Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__  continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06)

In re  **Clarice Green**                                                    ,   Case No. _____
                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **21230776** <br><br> **Advocate Health Care** <br> **2320 East 93rd Street** <br> **Chicago, IL 60617** | | - | | | **1997-2004** <br> **Medical Bills** | | | | **48.00** |
| Account No. **AFL4792707** <br><br> **Affilated Radiologist, S.C.** <br> **Dept. Z** <br> **P.O. Box 4713** <br> **Carol Stream, IL 60197-4713** | | - | | | **1997-2004** <br> **Medical Bills** | | | | **480.00** |
| Account No. **AFL492707** <br><br> **Affilated Radiologist, S.C.** <br> **Dept. Z** <br> **P.O. Box 4713** <br> **Carol Stream, IL 60197-4713** | | - | | | **1997-2004** <br> **Medical Bills** | | | | **65.00** |
| Account No. **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** <br><br> **Amercian Cash Loans** <br> **59th & Ashland** <br> **Chicago, IL** | | - | | | **Payday Loan** | | | | **750.00** |
| __34__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | **1,343.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:27316-070829   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Clarice Green** _____,   Case No. _____

                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2585498** <br><br> **American Recovery Systems** <br> **20 W. 11th Street** <br> **Covington, KY 41011** | - | | **1997-2003** <br> **Collection** | | | | 83.00 |
| Account No. **77328877900887** <br><br> **Ameritech** <br> **Bankruptcy Department** <br> **311 W. Washington** <br> **Chicago, IL 60601** | - | | **1997-2004** <br> **Utility Bill** | | | | 451.00 |
| Account No. <br><br> **Representing:** <br> **Ameritech** | | | **PAYCO GENERAL AMERICAN CREDITS, INC** <br> **1375 EAST WOODFIELD RD., SUITE 110** <br> **SCHAUMBURG, IL 60173-5447** | | | | |
| Account No. **14272QA20** <br><br> **AR Imaging, S.C. (Holy Cross)** <br> **PO Box 2280** <br> **Orland Park, IL 60462** | - | | **1997-2004** <br> **Medical Bills** | | | | 185.00 |
| Account No. **7739336874** <br><br> **AT & T** <br> **PO Box 7951** <br> **Westbury, NY 11590** | - | | **Utility Bill** | | | | 223.00 |

Sheet no. __**1**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**942.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Clarice Green**                                    , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7734886319D**<br><br>**AT&T**<br>**P.O. Box 8212**<br>**Aurora, IL 60572** | - | | **1997-2004**<br>**Utility Bill** | | | | **448.00** |
| Account No. **3316110571401**<br><br>**AT&T Universal**<br>**PO Box 44183**<br>**Jacksonville, FL 32231** | - | | **1997-2004**<br>**Utility Bill** | | | | **215.00** |
| Account No. **4131876**<br><br>**Biehl & Biehl, Inc.**<br>**PO Box 87410**<br>**Carol Stream, IL 60188-7410** | | | **03/07**<br>**Collection** | | | | **16.25** |
| Account No.<br><br>Representing:<br>**Biehl & Biehl, Inc.** | | | **Chicago Tribune**<br>**PO Box 6490**<br>**Chicago, IL 60680-6490** | | | | |
| Account No. **744320**<br><br>**Cardiac Billing Services**<br>**9410 Compubill Drive**<br>**Orland Park, IL 60462** | - | | **1997-2004**<br>**Consumer Debt** | | | | **25.00** |

Sheet no. __**2**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **704.25**

Official Form 6F (10/06) - Cont.

In re   **Clarice Green**                                ,      Case No. _____

                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **744320** <br><br> **Cardiology Diagnostic Services** <br> **P.O. Box 616** <br> **Forest Park, IL 60130** | - | | **1997-2004** <br> **Medical Bills** | | | | **25.00** |
| Account No. **GREE00863274** <br><br> **Charter One** <br> **PO Box 1438** <br> **San Jose, CA 95109** | - | | **1997-2004** <br> **Consumer Debt** | | | | **10.00** |
| Account No. **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** <br><br> **Chicago Housing Authority** <br> **60 E. Van Buren** <br> **Chicago, IL 60606** | - | | **Consumer Debt** | | | | **200.00** |
| Account No. **4900027101** <br><br> **CHICAGO SUN-TIMES INC** <br> **401 NORTH WABASH AVENUE** <br> **CHICAGO, IL 60611** | - | | **1997-2004** <br> **Utility Bill** | | | | **4.00** |
| Account No. **12544976** <br><br> **Chicago Tribune** <br> **PO Box 6490** <br> **Chicago, IL 60680-6490** | - | | **1997-2004** <br> **Utility Bill** | | | | **22.50** |

Sheet no. __**3**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **261.50**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Clarice Green**                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **12544976** <br><br> **Chicago Tribune** <br> **PO Box 6490** <br> **Chicago, IL 60680-6490** | - | | **1997-2004** <br> **Consumer Debt** | | | | 36.00 |
| Account No. **21723380** <br><br> **Chicago Tribune** <br> **PO Box 6490** <br> **Chicago, IL 60680-6490** | - | | **1997-2004** <br> **Utility Bill** | | | | 20.00 |
| Account No. **71183454** <br><br> **Chicago Tribune** <br> **PO Box 6490** <br> **Chicago, IL 60680-6490** | - | | **1997-2004** <br> **Consumer Debt** | | | | 17.00 |
| Account No. **73439750** <br><br> **Chicago Tribune** <br> **PO Box 6490** <br> **Chicago, IL 60680-6490** | - | | **12/06** <br> **Consumer Debt** | | | | 16.25 |
| Account No. **15-9043736 Ref#7734886319677** <br><br> **Collection Company of America** <br> **P.O.Box 806** <br> **Norwell, MA 02061-0806** | - | | **04/07** <br> **Collection** | | | | 78.11 |

Sheet no. __4__ of __34__ sheets attached to Schedule of                         Subtotal                    167.36
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**                                      ,        Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Collection Company of America** | | | | | **AT & T**<br>**PO Box 277019**<br>**One Main Street**<br>**Atlanta, GA 30384** | | | | |
| Account No.<br><br>**Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | - | | | | **Utility Bill** | | | | 450.00 |
| Account No. 8798300024619408<br><br>**Comcast**<br>**P.O. Box 173885**<br>**Denver, CO 80217-3885** | | | | | **1997-2004**<br>**Cable services** | | | | 70.00 |
| Account No. 8798300024619408<br><br>**Comcast**<br>**P.O. Box 173885**<br>**Denver, CO 80217-3885** | - | | | | **1997-2004**<br>**Cable services** | | | | 36.00 |
| Account No. 450901839<br><br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | - | | | | **Utility Bill** | | | | 450.00 |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,006.00

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**                                              ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: ComEd** | | | | | **Harvard Collection Services, Inc 4839 North Elston Avenue Chicago, IL 60630-2534** | | | | |
| Account No. **60620GREE** **continental quest corp. 220 W. Carmel Drive Carmel, IN 46032** | | - | | | **1997-2004 Consumer Debt** | | | | 20.00 |
| Account No. **RJH5589296** **Cottage Emergency Physicians PO Box 41494 Philadelphia, PA 19101** | | - | | | **1997-2004 Medical Bills** | | | | 317.00 |
| Account No. **1154091503** **Credit Protection Association 1355 Noel Rd, Suite 2 Dallas, TX 75240** | | - | | | **September 2004 Collection** | | | | 51.00 |
| Account No. **0103000087983000244619408** **Credit Protection Association 13355 Noel Rd Dallas, TX 75240** | | - | | | **1997-2004 Consumer Debt** | | | | 52.00 |

Sheet no. __**6**___ of __**34**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**440.00**

Official Form 6F (10/06) - Cont.

In re   **Clarice Green** _____,   Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 869962<br><br>**Creditors Discount & Audit Co.**<br>**415 E. Main Street**<br>**PO Box 213**<br>**Streator, IL 61364** | - | | **1997-2004**<br>**Medical Bills** | | | | 75.00 |
| Account No. 67648<br><br>**Damer & Cartwright Pharmacy**<br>**104 S. Michigan Ave. Suite# 619**<br>**Chicago, IL 60603** | - | | **10/06**<br>**Collection** | | | | 26.91 |
| Account No. 10302435A18496648659<br><br>**DELIVERY VERIFICATION SERVICE**<br>**50 MCCOULLOUGH DRIVE**<br>**NEW CASTLE, DE 19720** | - | | **1997-2004**<br>**Consumer Debt** | | | | 73.00 |
| Account No. 90351<br><br>**Dependicare Home HLTH INC**<br>**P.O. Box 88270 DEPT. A**<br>**Chicago, IL 60680-1270** | - | | **11/06**<br>**Medical Bills** | | | | 650.00 |
| Account No. 00386968<br><br>**Evergreen Medical Specialists**<br>**900 Oakmont Lane, #200**<br>**Westmont, IL 60559** | - | | **1997-2004**<br>**Medical Bills** | | | | 76.00 |

Sheet no. __**7**___ of __**34**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

900.91

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**                                                        ,    Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2242003303** <br><br> **Expedited Message Service** <br> **4839 N. Elston Avenue** <br> **Chicago, IL 60630** | - | | **1997-2004** <br> **Medical Bills** | | | | 318.00 |
| Account No. **3012728** <br><br> **Forte Phone Company** <br> **PO Box 31607** <br> **Chicago, IL 60631** | - | | **Utility Bill** | | | | 160.00 |
| Account No. **0016438** <br><br> **Foundation for Emergency Svcs** <br> **PO Box 94860** <br> **Chicago, IL 60690** | | | **1997-2004** <br> **Medical Bills** | | | | 290.00 |
| Account No. **0016438** <br><br> **Foundation for Emergency Svcs** <br> **PO Box 94860** <br> **Chicago, IL 60690** | - | | **1997-2004** <br> **Medical Bills** | | | | 75.00 |
| Account No. **0016438** <br><br> **Foundation for Emergency Svcs** <br> **PO Box 94860** <br> **Chicago, IL 60690** | - | | **1997-2004** <br> **Medical Bills** | | | | 75.00 |

Sheet no. __**8**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                918.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Clarice Green**                                                    ,        Case No. _____

                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0016438**<br><br>**Foundation for Emergency Svcs**<br>**PO Box 94860**<br>**Chicago, IL 60690** | - | | **1997-2004**<br>**Medical Bills** | | | | 1,023.00 |
| Account No. **Member No# 967966735**<br><br>**Greensboro Service Center**<br>**P.O. Box 740800**<br>**Atlanta, GA 30374-0800** | - | | **02/07**<br>**Medical Bills** | | | | 60.00 |
| Account No. **Member No# 967966735**<br><br>**Greensboro Service Center**<br>**P.O. Box 740800**<br>**Atlanta, GA 30374-0800** | - | | **02/07**<br>**Medical Bills** | | | | 108.00 |
| Account No. **1666535**<br><br>**Harris & Harris, LTD**<br>**600 W. Jackson Blvd., Suite 700**<br>**Chicago, IL 60661** | - | | **1997-2004**<br>**Medical Bills** | | | | 490.00 |
| Account No. **1653896**<br><br>**Harris & Harris, LTD**<br>**600 W. Jackson Blvd., Suite 700**<br>**Chicago, IL 60661** | - | | **1997-2004**<br>**Medical Bills** | | | | 1,063.00 |

Sheet no. __**9**__ of __**34**__ sheets attached to Schedule of           Subtotal                                   2,744.00
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Clarice Green** _____,   Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **54927071004**<br><br>**Harvard Collection Services, Inc**<br>**4839 North Elston Avenue**<br>**Chicago, IL 60630-2534** | - | | **1997-2004**<br>**Collection** | | | | **1,266.00** |
| Account No. **54927071004**<br><br>**Harvard Collection Services, Inc**<br>**4839 North Elston Avenue**<br>**Chicago, IL 60630-2534** | - | | **1997-2004**<br>**Collection** | | | | **67.00** |
| Account No. **7030542**<br><br>**Harvard Collection Services, Inc**<br>**4839 North Elston Avenue**<br>**Chicago, IL 60630-2534** | - | | **04/03**<br>**Collection** | | | | **66.19** |
| Account No. **744320**<br><br>**Holy Cross Hospital**<br>**135 S. LaSalle St. Dept. 2735**<br>**Chicago, IL 60674** | - | | **Medical Bills** | | | | **25.00** |
| Account No. **27850932**<br><br>**Holy Cross Hospital**<br>**Payment Center**<br>**PO Box 2166**<br>**Bedford Park, IL 60499** | - | | **1997-2004**<br>**Medical Bills** | | | | **2,350.00** |

Sheet no. __**10**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,774.19**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**
_____,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **26344952** <br><br> **Holy Cross Hospital Payment Center PO Box 2166 Bedford Park, IL 60499** | - | | **1997-2004 Medical Bills** | | | | **15.00** |
| Account No. **26038414** <br><br> **Holy Cross Hospital Payment Center 135 South LaSalle, Dept. 2495 Chicago, IL 60674** | - | | **1997-2004 Medical Bills** | | | | **2,183.00** |
| Account No. <br><br> Representing: **Holy Cross Hospital** | | | **Computer Credit, Inc 640 West Fourth Street Claim Dept. 03662 Winston Salem, NC 27113-5238** | | | | |
| Account No. **HO000011378243** <br><br> **Holy Cross Imaging Center 8585 Broadway Suite 880 Merrillville, IN 46410** | - | | **1997-2004 Medical Bills** | | | | **2,015.00** |
| Account No. <br><br> **Honey PO Box 8268 Red Oak, IA 51591-1268** | - | | **1997-2004 Consumer Debt** | | | | **850.00** |

Sheet no. __**11**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,063.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Clarice Green**                                    , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5145428** <br><br> **ICS Collection Service** <br> **PO Box 646** <br> **Oak Lawn, IL 60454** | - | | | | 1997-2004 <br> **Collection** | | | | 196.00 |
| Account No. **1975604** <br><br> **Illinois Collection Service** <br> **Thom MCan Shoe Store** <br> **4647 West 103rd** <br> **Oak Lawn, IL 60453** | | | | | 1997-2004 <br> **Consumer Debt** | | | | 47.00 |
| Account No. **101892372** <br><br> **Illinois Collection Service, Inc.** <br> **4647 West 103rd Street** <br> **Oak Lawn, IL 60453** | | | | | 1997-2004 <br> **Medical Bills** | | | | 334.00 |
| Account No. **1904174** <br><br> **Illinois Collection Service, Inc.** <br> **4647 West 103rd Street** <br> **Oak Lawn, IL 60453** | - | | | | 1997-2004 <br> **Medical Bills** | | | | 352.00 |
| Account No. **743624563** <br><br> **Imaging Radiologists** <br> **PO Box 3837** <br> **Springfield, IL 62708-3837** | - | | | | 1997-2004 <br> **Medical Bills** | | | | 38.00 |

Sheet no. __**12**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **967.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5025505** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | | | **1997-2004** <br> **Medical Bills** | | | | **50.00** |
| Account No. **526555** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | | | **1997-2004** <br> **Medical Bills** | | | | **71.00** |
| Account No. **534848** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | | | **1997-2004** <br> **Medical Bills** | | | | **150.00** |
| Account No. **527820** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | | | **1997-2004** <br> **Medical Bills** | | | | **407.00** |
| Account No. **547930** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | | | **1997-2004** <br> **Medical Bills** | | | | **697.00** |

Sheet no. __**13**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **1,375.00**

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**                                              ,      Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **533576** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | **1997-2004** <br> **Medical Bills** | | | | **81.00** |
| Account No. <br><br> **Representing:** <br> **Jackson Park Hospital Foundation** | | | **OSI Collection Service** <br> **PO Box 959** <br> **Brookfield, WI 53008** | | | | |
| Account No. **535187** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | **1997-2004** <br> **Medical Bills** | | | | **10.00** |
| Account No. **536653** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | **1997-2004** <br> **Medical Bills** | | | | **150.00** |
| Account No. **527398** <br><br> **Jackson Park Hospital Foundation** <br> **7531 S. Stony Island Ave.** <br> **Chicago, IL 60649** | - | | **1997-2004** <br> **Medical Bills** | | | | **221.00** |

Sheet no. __**14**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**462.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4712826**<br><br>**KCA Financial**<br>**628 North Street, Ste 200**<br>**Geneva, IL 60134** | - | | | | 1997-2003<br>Collection | | | | 63.00 |
| Account No. **821574A**<br><br>**KCA Financial Services, Inc**<br>**628 North Street**<br>**P.O. Box 53**<br>**Geneva, IL 60134** | - | | | | 1997-2004<br>Consumer Debt | | | | 23.00 |
| Account No. **72004397**<br><br>**Kirkor Vahe Karachorlu, M.D., LTD**<br>**PO Box 4008**<br>**Schaumburg, IL 60168** | - | | | | 1997-2004<br>Medical Bills | | | | 44.00 |
| Account No. **10925051**<br><br>**Loyola University Medical Center**<br>**2160 S. First Avenue**<br>**Maywood, IL 60153** | - | | | | 1997-2003<br>Medical Bills | | | | 39.00 |
| Account No. **3CX93329**<br><br>**MCI**<br>**Consumer Markets**<br>**PO Box 4450**<br>**Bridgeton, MO 63044** | - | | | | 1997-2004<br>Utility Bill | | | | 293.00 |

Sheet no. __**15**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **462.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Clarice Green**                                                    ,    Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3GL29425**<br><br>**MCI**<br>**PO Box 4450**<br>**Bridgeton, MO 63044** | - | | **1997-2004**<br>**Utility Bill** | | | | **194.00** |
| Account No. **1383150**<br><br>**MCS**<br>**725 S. Wells**<br>**Suite700**<br>**Chicago, IL 60607** | - | | **1997-2004**<br>**Medical Bills** | | | | **76.00** |
| Account No. **1256980**<br><br>**MCS**<br>**725 S. Wells**<br>**Suite700**<br>**Chicago, IL 60607** | - | | **1997-2004**<br>**Medical Bills** | | | | **375.00** |
| Account No. **1256851**<br><br>**MCS**<br>**725 S. Wells**<br>**Suite700**<br>**Chicago, IL 60607** | - | | **1997-2004**<br>**Medical Bills** | | | | **1,165.00** |
| Account No. **1401127**<br><br>**Medical Collection Systems, Inc.**<br>**725 South Wells, Suite 700**<br>**Chicago, IL 60607** | - | | **1997-2004**<br>**Medical Bills** | | | | **112.00** |

Sheet no. __**16**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,922.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**
                                                                    ,          Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1383150** <br><br> **Medical Payment Data** <br> **701 Experian Parkway, po Box 2002** <br> **Allen, TX 75013** | - | | **Medical Bills** | | | | 76.00 |
| Account No. **1401127** <br><br> **Medical Payment Data** <br> **701 Experian Parkway, PO Box 2002** <br> **Allen, TX 75013** | - | | **Medical Bills** | | | | 112.00 |
| Account No. **54927071004** <br><br> **Medical recovery specialist, Inc.** <br> **2200 East Devon Avenue** <br> **Des Plaines, IL 60018** | - | | **1997-2004** <br> **Medical Bills** | | | | 1,266.00 |
| Account No. **8518972160** <br><br> **Midland Credit Management** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | - | | **03/07** <br> **Consumer Debt** | | | | 198.78 |
| Account No. <br><br> **Representing:** <br> **Midland Credit Management** | | | **MCI** <br> **Harvard Collection Services, Inc** <br> **4839 N. Elston Avenue** <br> **Chicago, IL 60630-2534** | | | | |

Sheet no. __**17**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,652.78**

Official Form 6F (10/06) - Cont.

In re   **Clarice Green**                                        ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00341200** <br><br> **Midwest cardiac consulants** <br> **6508 west archer Suite 3** <br> **Chicago, IL 60638** | - | | **1997-2004** <br> **Medical Bills** | | | | 15.00 |
| Account No. **002287194** <br><br> **National Credit Audit Cortportation** <br> **8600 North Industrial Road** <br> **Peoria, IL 61615** | - | | **1997-2004** <br> **Consumer Debt** | | | | 8.00 |
| Account No. **5311JO** <br><br> **NCO Financial Systems INC** <br> **PO Box 41457** <br> **Philadelphia, PA 19101** | - | | **1997-2004** <br> **Consumer Debt** | | | | 39.00 |
| Account No. **840027502** <br><br> **NEW YORK TIMES** <br> **PO BOX 4039** <br> **Woburn, MA 01888** | - | | **1997-2004** <br> **Consumer Debt** | | | | 12.00 |
| Account No. **049579** <br><br> **Noel G Alcantra, M.D., SC.** <br> **P.O. box 2909** <br> **Darien, IL 60561** | - | | **1997-2004** <br> **Medical Bills** | | | | 540.00 |

Sheet no. __**18**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**614.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Clarice Green**_____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **30101892372** <br><br> **NORTHWESTERN MEDICAL FACULTY FOUNDATION, INC.** <br> **P.O. BOX 75494** <br> **CHICAGO, IL 60675-5494** | - | | **1997-2004** <br> **Medical Bills** | | | | 334.00 |
| Account No. **42015065-001, Record#101892372** <br><br> **Northwestern Memorial Hospital** <br> **PO Box 73690** <br> **Chicago, IL 60673-7690** | - | | **1997-2004** <br> **Medical Bills** | | | | 666.00 |
| Account No. <br><br> **Oscar Jackson** <br> **7324 S. Dante** <br> **Chicago, IL 60619** | - | | **1995** <br> **Unpaid Rent** | | | | 950.00 |
| Account No. **36975553** <br><br> **OSI Collection Service** <br> **1375 E  Wooffield RD** <br> **Schaumburg, IL 60173** | - | | **May 2004** <br> **Medical Bills** | | | | 2,183.00 |
| Account No. **5050936** <br><br> **OSI Collection Services, Inc.** <br> **P O Box 43050** <br> **Phoenix, AZ 85080-3050** | - | | **1997-2004** <br> **Medical Bills** | | | | 215.00 |

Sheet no. __**19**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,348.00

Official Form 6F (10/06) - Cont.

In re   **Clarice Green**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8546073  6304612**<br><br>**OSI Collection Services, INC.**<br>**P.O. Box 987**<br>**Brookfield, WI 53008-0987** | - | | **01/07**<br>**Medical Bills** | | | | 535.00 |
| Account No.<br><br>**Representing:**<br>**OSI Collection Services, INC.** | | | **Cottage Emergency Physicians**<br>**PO Box 41494**<br>**Philadelphia, PA 19101** | | | | |
| Account No. **3103900965**<br><br>**Park Danson**<br>**PO Box 248**<br>**Gastonia, NC 28053** | - | | **1997-2003**<br>**Collection** | | | | 198.00 |
| Account No. **PCC733912**<br><br>**Pathology Consultants of Chicago**<br>**PO Box 88493**<br>**Chicago, IL 60680** | - | | **1997-2004**<br>**Medical Bills** | | | | 18.00 |
| Account No.<br><br>**Peoples Energy**<br>**Attn: Bankruptcy Department**<br>**130 East Randolph Drive**<br>**Chicago, IL 60601-6207** | - | | **Utilities** | | | | 400.00 |

Sheet no. __**20**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,151.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Clarice Green**                                                              Case No. _____
                                    ,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7208099**<br><br>**Progressive Management Systems**<br>**1521 West Cameron Avenue**<br>**West Covina, CA 91793** | - | | **1997-2004**<br>**Medical Bills** | | | | 199.00 |
| Account No. **7695531**<br><br>**Progressive Management Systems**<br>**PO Box 2220**<br>**West Covina, CA 91793** | - | | **1997-2004**<br>**Medical Bills** | | | | 293.00 |
| Account No. **16435257**<br><br>**Provident Hospital of Cook County**<br>**500 E. 51st Street**<br>**Chicago, IL 60615** | - | | **1997-2004**<br>**Medical Bills** | | | | 673.00 |
| Account No. **17258377**<br><br>**Provident Hospital of Cook County**<br>**500 E. 51st Street**<br>**Chicago, IL 60615** | - | | **1997-2004**<br>**Medical Bills** | | | | 380.00 |
| Account No. **1849664865**<br><br>**Rapidgram**<br>**11 Mcleland**<br>**Saint Cloud, MN 56395** | - | | **1997-2004**<br>**Consumer Debt** | | | | 73.00 |

Sheet no. __**21**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,618.00**

Official Form 6F (10/06) - Cont.

In re  **Clarice Green** _____,  Case No. _____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W 82991**<br><br>**Rockford Mercantile Agency Inc.**<br>**2502 S. Alpine Rd.**<br>**Rockford, IL 61108** | - | | **03/07**<br>**Medical Bills** | | | | 650.00 |
| Account No. **54927071004**<br><br>**Rush - Presbyterian**<br>**Medical Center**<br>**1700 W. Van Buren**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 1,266.00 |
| Account No. **54927071034**<br><br>**Rush - Presbyterian**<br>**Medical Center**<br>**1700 W. Van Buren**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 668.00 |
| Account No. **54927071019**<br><br>**Rush - Presbyterian**<br>**Medical Center**<br>**1700 W. Van Buren**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 312.00 |
| Account No. **54927071002**<br><br>**Rush - Presbyterian**<br>**Medical Center**<br>**1700 W. Van Buren**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 251.00 |

Sheet no. __**22**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          3,147.00

Official Form 6F (10/06) - Cont.

In re   **Clarice Green** _____,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **54927071023** <br><br> **Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004** <br> **Medical Bills** | | | | 678.00 |
| Account No. **54927071020** <br><br> **Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004** <br> **Medical Bills** | | | | 264.00 |
| Account No. **54927071024** <br><br> **Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004** <br> **Medical Bills** | | | | 512.00 |
| Account No. **54927071014** <br><br> **Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004** <br> **Medical Bills** | | | | 249.00 |
| Account No. **54927071001** <br><br> **Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004** <br> **Medical Bills** | | | | 265.00 |

Sheet no. __**23**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,968.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Clarice Green** _____,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **54927071008**<br><br>**Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004 Medical Bills** | | | | 9.00 |
| Account No. **54927071025**<br><br>**Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004 Medical Bills** | | | | 1,550.00 |
| Account No. **54927071021**<br><br>**Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004 Medical Bills** | | | | 638.00 |
| Account No. **54927071004**<br><br>**Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004 Medical Bills** | | | | 7,316.00 |
| Account No. **94527071016**<br><br>**Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | **1997-2004 Medical Bills** | | | | 658.00 |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,171.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **54927071027** <br><br> **Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 328.00 |
| Account No. **54927071028** <br><br> **Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 698.00 |
| Account No. **54927071008** <br><br> **Rush - Presbyterian Medical Center 1700 W. Van Buren Chicago, IL 60612** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 251.00 |
| Account No. **54927071005** <br><br> **Rush - Presbyterian - St. Luke's 1700 West Van Buren Street Suite 161 TOB Chicago, IL 60612** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 1,635.00 |
| Account No. **54927071010** <br><br> **Rush - Presbyterian - St. Luke's 1700 West Van Buren Street Suite 161 TOB Chicago, IL 60612** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 561.00 |

Sheet no. __**25**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,473.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**

_____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **54927071009** <br><br> **Rush - Presbyterian - St. Luke's** <br> **1700 West Van Buren Street** <br> **Suite 161 TOB** <br> **Chicago, IL 60612** | - | | **1997-2004** <br> **Medical Bills** | | | | 375.00 |
| Account No. **0005327659** <br><br> **Russell Agcy** <br> **1184 West Bristol Road** <br> **Flint, MI 48507** | - | | **1997-2004** <br> **Medical Bills** | | | | 242.00 |
| Account No. **8089060001** <br><br> **Russell Collection** <br> **G-3285 Van Slyke Rd.** <br> **Flint, MI 48507-3278** | - | | **1997-2003** <br> **Collection** | | | | 253.00 |
| Account No. **7558154** <br><br> **SBC** <br> **Bill Payment Center** <br> **Chicago, IL 60663-0001** | - | | **1997-2004** <br> **Utility Bill** | | | | 103.00 |
| Account No. **77348863196777** <br><br> **SBC** <br> **Bill Payment Center** <br> **Chicago, IL 60663-0001** | - | | **1997-2004** <br> **Utility Bill** | | | | 78.00 |

Sheet no. __**26**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,051.00**

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**
_____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0006950881**<br><br>**South Shore EM Physicians, LLP**<br>**South Shore Hosptial**<br>**75 Remitt Drive #1349**<br>**Chicago, IL 60675-1349** | - | | **1997-2004**<br>**Medical Bills** | | | | **93.00** |
| Account No. **52339**<br><br>**South Shore Emergency**<br>**75 Remittance Dr. #1349**<br>**Chicago, IL 60675-1349** | - | | **1997-2004**<br>**Medical Bills** | | | | **253.00** |
| Account No. **12582128**<br><br>**South Shore Hospital**<br>**8012 South Crandon Avenue**<br>**Chicago, IL 60617-1124** | - | | **1997-2004**<br>**Medical Bills** | | | | **518.00** |
| Account No. **0006950881**<br><br>**South Shore Hospital**<br>**8012 South Crandon Avenue**<br>**Chicago, IL 60617-1124** | - | | **Medical Bills** | | | | **93.00** |
| Account No. **704016387**<br><br>**St. Anthony Hospital**<br>**135 S Lasalle**<br>**Chicago, IL 60674-1849** | - | | **1997-2004**<br>**Medical Bills** | | | | **865.00** |

Sheet no. __**27**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,822.00**

Official Form 6F (10/06) - Cont.

In re   **Clarice Green** ,                                     Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **J00000062511**<br><br>**St. Bernard Hospital**<br>**326 West 64th**<br>**Chicago, IL 60621** | - | | | | **1997-2004**<br>**Medical Bills** | | | | 1,063.00 |
| Account No. **J00000134244**<br><br>**St. Bernard Hospital**<br>**326 West 64th**<br>**Chicago, IL 60621** | - | | | | **1997-2004**<br>**Medical Bills** | | | | 15.00 |
| Account No. **5071023**<br><br>**TCF Bank**<br>**800 Burr Ridge Pkway**<br>**Hinsdale, IL 60521** | - | | | | **Consumer Debt** | | | | 78.00 |
| Account No.<br><br>Representing:<br>**TCF Bank** | | | | | **Professional Account Management**<br>**PO Box 391**<br>**Milwaukee, WI 53201-0391** | | | | |
| Account No. **134679280**<br><br>**The Friedell Clinic, SC**<br>**190 East Delaware**<br>**Chicago, IL 60611** | - | | | | **1997-2004**<br>**Medical Bills** | | | | 23.00 |

Sheet no. __28__ of __34__ sheets attached to Schedule of                        Subtotal                    | 1,179.00 |
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Clarice Green** _____,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3169758** <br><br> **The Univ. of Chicago Phys. Group** <br> **75 Remittance Drive, Suite 1385** <br> **Chicago, IL 60675-1385** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 145.00 |
| Account No. **3169758** <br><br> **The Univ. of Chicago Phys. Group** <br> **75 Remittance Drive, Suite 1385** <br> **Chicago, IL 60675-1385** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 50.00 |
| Account No. **3169758** <br><br> **The Univ. of Chicago Phys. Group** <br> **75 Remittance Drive, Suite 1385** <br> **Chicago, IL 60675-1385** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 196.00 |
| Account No. **266094804** <br><br> **The University of Chicago Hospital** <br> **PO Box 70565** <br> **Chicago, IL 60673-0565** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 554.00 |
| Account No. **245699988** <br><br> **The University of Chicago Hospital** <br> **PO Box 70565** <br> **Chicago, IL 60673-0565** | - | | | | **1997-2004** <br> **Medical Bills** | | | | 173.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,118.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Clarice Green**                                          Case No. _____
_____,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **243733417** <br><br> **The University of Chicago Hospital** <br> **PO Box 70565** <br> **Chicago, IL 60673-0565** | - | | **1997-2004** <br> **Medical Bills** | | | | 205.00 |
| Account No. **449771** <br><br> **The University of Chicago Hospital** <br> **PO Box 70565** <br> **Chicago, IL 60673-0565** | - | | **1997-2004** <br> **Medical Bills** | | | | 329.00 |
| Account No. **449771** <br><br> **The University of Chicago Hospital** <br> **PO Box 70565** <br> **Chicago, IL 60673-0565** | - | | **1997-2004** <br> **Medical Bills** | | | | 205.00 |
| Account No. **259949428** <br><br> **The University of Chicago Hospital** <br> **PO Box 70565** <br> **Chicago, IL 60673-0565** | - | | **1997-2004** <br> **Medical Bills** | | | | 386.00 |
| Account No. **245116124** <br><br> **The University of Chicago Hospital** <br> **PO Box 70565** <br> **Chicago, IL 60673-0565** | - | | **1997-2004** <br> **Medical Bills** | | | | 1,623.00 |

Sheet no. __**30**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **2,748.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Clarice Green**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **245069844** <br><br> **THE UNIVERSITY OF CHICAGO HOSPITALS** <br> **P.O. BOX 70565** <br> **CHICAGO, IL 60673-0565** | - | | **Medical Bills** | | | | **2,144.00** |
| Account No. **021134127** <br><br> **Trinity Hospital** <br> **2320 East 93rd Street** <br> **Chicago, IL 60617** | - | | **1997-2004** <br> **Medical/Dental Bills** | | | | **263.00** |
| Account No. **0100657** <br><br> **UIC College of Dentistry** <br> **801 S. Paulina Avenue** <br> **Chicago, IL 60612** | - | | **1997-2004** <br> **Medical/Dental Bills** | | | | **146.00** |
| Account No. **8215748** <br><br> **Universal Radiology, LTD.** <br> **9410 Compubill Drive** <br> **Orland Park, IL 60462** | - | | **1997-2004** <br> **Medical Bills** | | | | **63.00** |
| Account No. **821574A** <br><br> **Universal Radiology, LTD.** <br> **9410 Compubill Drive** <br> **Orland Park, IL 60462** | - | | **1997-2004** <br> **Medical Bills** | | | | **23.00** |

Sheet no. __**31**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,639.00**

Official Form 6F (10/06) - Cont.

In re   **Clarice Green**                                      ,      Case No. _____
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 8215784<br><br>**Universal Radiology, LTD.**<br>**9410 Compubill Drive**<br>**Orland Park, IL 60462** | - | | | | **1997-2004**<br>**Medical Bills** | | | | 101.00 |
| Account No. 219222<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | | | **1997-2004**<br>**Medical Bills** | | | | 100.00 |
| Account No. 219222<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | | | **1997-2004**<br>**Medical Bills** | | | | 367.00 |
| Account No. 219222<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | | | **1997-2004**<br>**Medical Bills** | | | | 550.00 |
| Account No. 219222<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | | | **1997-2004**<br>**Medical Bills** | | | | 332.00 |

Sheet no. __**32**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,450.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Clarice Green**                                                        ,    Case No. _____
                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **219222**<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 425.00 |
| Account No. **219222**<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 617.00 |
| Account No. **219222**<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 500.00 |
| Account No. **219222**<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 460.00 |
| Account No. **219222**<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 502.00 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,504.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Clarice Green** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **219222**<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 100.00 |
| Account No. **219222**<br><br>**University Cardiologists**<br>**1725 West Harrison**<br>**Chicago, IL 60612** | - | | **1997-2004**<br>**Medical Bills** | | | | 172.00 |
| Account No. **268491305**<br><br>**University of Chicago Hospital Phys**<br>**PO Box 75307**<br>**Chicago, IL 60675** | - | | **1997-2004**<br>**Medical Bills** | | | | 184.00 |
| Account No. **805705936**<br><br>**University of Chicago Hospitals**<br>**P O Box 70565**<br>**Chicago, IL 60673-0565** | - | | **1997-2004**<br>**Medical Bills** | | | | 15.00 |
| Account No. | | | | | | | |

Sheet no. __34__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 471.00 |
| Total (Report on Summary of Schedules) | | 66,576.99 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

.

In re    **Clarice Green**                                                              ,    Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

__0__    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

.

In re    **Clarice Green**                                                                    ,    Case No. _____
                                                                  Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6I (10/06)

In re  __Clarice Green_____      Case No. _____
                         Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Dependent**<br>**Dependent** | AGE(S):<br>**4**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **ArmTrack** | |
| How long employed | **12 years** | |
| Address of Employer | **1400 S. Lumber St.**<br><br>**Currently out on Medical Leave**<br>**Chicago, IL 60607** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ __1,085.07__ | $ __N/A__ |
| 2. Estimate monthly overtime | $ __0.00__ | $ __N/A__ |
| 3. SUBTOTAL | $ __1,085.07__ | $ __N/A__ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a.  Payroll taxes and social security | $ __249.60__ | $ __N/A__ |
|    b.  Insurance | $ __0.00__ | $ __N/A__ |
|    c.  Union dues | $ __0.00__ | $ __N/A__ |
|    d.  Other (Specify): _____ | $ __0.00__ | $ __N/A__ |
|  | $ __0.00__ | $ __N/A__ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ __249.60__ | $ __N/A__ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ __835.47__ | $ __N/A__ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ __0.00__ | $ __N/A__ |
| 8. Income from real property | $ __0.00__ | $ __N/A__ |
| 9. Interest and dividends | $ __0.00__ | $ __N/A__ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ __0.00__ | $ __N/A__ |
| 11. Social security or government assistance (Specify): _____ | $ __0.00__ | $ __N/A__ |
|  | $ __0.00__ | $ __N/A__ |
| 12. Pension or retirement income | $ __0.00__ | $ __N/A__ |
| 13. Other monthly income (Specify): _____ | $ __0.00__ | $ __N/A__ |
|  | $ __0.00__ | $ __N/A__ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ __0.00__ | $ __N/A__ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ __835.47__ | $ __N/A__ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ __835.47__ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re **Clarice Green** _____   Case No. _____

_Debtor(s)_

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 600.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | | |
| b. Is property insurance included? | Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 100.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 45.00 |
| d. Other  **Cable** | | $ | 39.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 200.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 25.00 |
| 7. Medical and dental expenses | | $ | 25.00 |
| 8. Transportation (not including car payments) | | $ | 80.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 27.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| d. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **Personal Care/Grooming** | | $ | 50.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,241.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 835.47 |
| b.   Average monthly expenses from Line 18 above | $ | 1,241.00 |
| c.   Monthly net income (a. minus b.) | $ | -405.53 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois ` model plan

In re   **Clarice Green**                                                                  Case No. _____

Debtor(s)                          Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**48**__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 2, 2007** _____          Signature   **/s/ Clarice Green** _____

                                                                **Clarice Green**

                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
### Northern District of Illinois ` model plan

In re   **Clarice Green**                                    Case No.
                          Debtor(s)            Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar
        year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this
        calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
        report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for
        each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$8,354.70** | **Approximate Income from Employment - 2007 YTD** |
| **$21,254.00** | **Approximate Income from Employment - 2006** |
| **$27,769.00** | **Approximate Income from Employment - 2005** |

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
■       during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
        each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

2

**3. Payments to creditors**

None ■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debt Terminators**<br>**Law Office of Richard G. Fonfrias**<br>**PO Box 0141**<br>**Chicago, IL 60690-0141** | **2005 Debtor** | **$741 - Attorney Fees**<br>**$209 - Court Costs** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

None
■     b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐     If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1005 W. 77th St.**<br>**Chicago, IL 60620** | **Clarice Green** | **4/00 - 5/04** |

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

7

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **November  2, 2007**                              Signature    **/s/ Clarice Green**

                                                                       **Clarice Green**
                                                                       Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois ` model plan

In re   **Clarice Green**                                                           Case No.

_____    _____
Debtor(s)                            Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2000 Hyundai Elantra**<br>**Mileage 55,000**<br>**Creditor: Nationwide Acceptance** | **Nationwide Acceptance** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **November  2, 2007**                         Signature   **/s/ Clarice Green**

                                                           **Clarice Green**
                                                           Debtor

# United States Bankruptcy Court
### Northern District of Illinois ` model plan

In re   **Clarice Green**                                                                    Case No. _____

_____
Debtor(s)                                                    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................................  $ _____ **741.00**

    Prior to the filing of this statement I have received.................................................  $ _____ **741.00**

    Balance Due...............................................................................................................  $ _____ **0.00**

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **November  2, 2007**                              **/s/ James L. Hardemon**
_____          _____
                                                           **James L. Hardemon**
                                                           **Legal Remedies, Chartered**
                                                           **8527 S. Stony Island**
                                                           **Chicago, IL 60617**
                                                           **773-374-5288   Fax: 773-374-5642**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS ` MODEL PLAN

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| James L. Hardemon | X /s/ James L. Hardemon | November  2, 2007 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**8527 S. Stony Island**
**Chicago, IL 60617**
**773-374-5288**

## Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Clarice Green | X /s/ Clarice Green | November  2, 2007 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois ` model plan

In re    **Clarice Green**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **174**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November  2, 2007**

**/s/ Clarice Green**

**Clarice Green**
Signature of Debtor

Advocate Health Care
2320 East 93rd Street
Chicago, IL 60617


Affilated Radiologist, S.C.
Dept. Z
P.O. Box 4713
Carol Stream, IL 60197-4713


Affilated Radiologist, S.C.
Dept. Z
P.O. Box 4713
Carol Stream, IL 60197-4713


Amercian Cash Loans
59th & Ashland
Chicago, IL


American Recovery Systems
20 W. 11th Street
Covington, KY 41011


Ameritech
Bankruptcy Department
311 W. Washington
Chicago, IL 60601


AR Imaging, S.C. (Holy Cross)
PO Box 2280
Orland Park, IL 60462


AT & T
PO Box 7951
Westbury, NY 11590


AT & T
PO Box 277019
One Main Street
Atlanta, GA 30384


AT&T
P.O. Box 8212
Aurora, IL 60572

AT&T Universal
PO Box 44183
Jacksonville, FL 32231


Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188-7410


Cardiac Billing Services
9410 Compubill Drive
Orland Park, IL 60462


Cardiology Diagnostic Services
P.O. Box 616
Forest Park, IL 60130


Charter One
PO Box 1438
San Jose, CA 95109


Chicago Housing Authority
60 E. Van Buren
Chicago, IL 60606


CHICAGO SUN-TIMES INC
401 NORTH WABASH AVENUE
CHICAGO, IL 60611


Chicago Tribune
PO Box 6490
Chicago, IL 60680-6490


Chicago Tribune
PO Box 6490
Chicago, IL 60680-6490


Chicago Tribune
PO Box 6490
Chicago, IL 60680-6490


Chicago Tribune
PO Box 6490
Chicago, IL 60680-6490

Chicago Tribune
PO Box 6490
Chicago, IL 60680-6490


Chicago Tribune
PO Box 6490
Chicago, IL 60680-6490


Collection Company of America
P.O.Box 806
Norwell, MA 02061-0806


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Comcast
P.O. Box 173885
Denver, CO 80217-3885


Comcast
P.O. Box 173885
Denver, CO 80217-3885


ComEd
Bill Payment Center
Chicago, IL 60668


Computer Credit, Inc
640 West Fourth Street
Claim Dept. 03662
Winston Salem, NC 27113-5238


continental quest corp.
220 W. Carmel Drive
Carmel, IN 46032


Cottage Emergency Physicians
PO Box 41494
Philadelphia, PA 19101


Cottage Emergency Physicians
PO Box 41494
Philadelphia, PA 19101

Credit Protection Association
1355 Noel Rd, Suite 2
Dallas, TX 75240


Credit Protection Association
13355 Noel Rd
Dallas, TX 75240


Creditors Discount & Audit Co.
415 E. Main Street
PO Box 213
Streator, IL 61364


Damer & Cartwright Pharmacy
104 S. Michigan Ave. Suite# 619
Chicago, IL 60603


DELIVERY VERIFICATION SERVICE
50 MCCOULLOUGH DRIVE
NEW CASTLE, DE 19720


Dependicare Home HLTH INC
P.O. Box 88270 DEPT. A
Chicago, IL 60680-1270


Evergreen Medical Specialists
900 Oakmont Lane, #200
Westmont, IL 60559


Expedited Message Service
4839 N. Elston Avenue
Chicago, IL 60630


Forte Phone Company
PO Box 31607
Chicago, IL 60631


Foundation for Emergency Svcs
PO Box 94860
Chicago, IL 60690


Foundation for Emergency Svcs
PO Box 94860
Chicago, IL 60690

```
Foundation for Emergency Svcs
PO Box 94860
Chicago, IL 60690


Foundation for Emergency Svcs
PO Box 94860
Chicago, IL 60690


Greensboro Service Center
P.O. Box 740800
Atlanta, GA 30374-0800


Greensboro Service Center
P.O. Box 740800
Atlanta, GA 30374-0800


Harris & Harris, LTD
600 W. Jackson Blvd., Suite 700
Chicago, IL 60661


Harris & Harris, LTD
600 W. Jackson Blvd., Suite 700
Chicago, IL 60661


Harvard Collection Services, Inc
4839 North Elston Avenue
Chicago, IL 60630-2534


Harvard Collection Services, Inc
4839 North Elston Avenue
Chicago, IL 60630-2534


Harvard Collection Services, Inc
4839 North Elston Avenue
Chicago, IL 60630-2534


Harvard Collection Services, Inc
4839 North Elston Avenue
Chicago, IL 60630-2534


Holy Cross Hospital
135 S. LaSalle St. Dept. 2735
Chicago, IL 60674
```

Holy Cross Hospital
Payment Center
PO Box 2166
Bedford Park, IL 60499


Holy Cross Hospital
Payment Center
PO Box 2166
Bedford Park, IL 60499


Holy Cross Hospital
Payment Center
135 South LaSalle, Dept. 2495
Chicago, IL 60674


Holy Cross Imaging Center
8585 Broadway Suite 880
Merrillville, IN 46410


Honey
PO Box 8268
Red Oak, IA 51591-1268


ICS Collection Service
PO Box 646
Oak Lawn, IL 60454


Illinois Collection Service
Thom MCan Shoe Store
4647 West 103rd
Oak Lawn, IL 60453


Illinois Collection Service, Inc.
4647 West 103rd Street
Oak Lawn, IL 60453


Illinois Collection Service, Inc.
4647 West 103rd Street
Oak Lawn, IL 60453


Imaging Radiologists
PO Box 3837
Springfield, IL 62708-3837

Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


Jackson Park Hospital Foundation
7531 S. Stony Island Ave.
Chicago, IL 60649


KCA Financial
628 North Street, Ste 200
Geneva, IL 60134


KCA Financial Services, Inc
628 North Street
P.O. Box 53
Geneva, IL 60134

Kirkor Vahe Karachorlu, M.D., LTD
PO Box 4008
Schaumburg, IL 60168


Loyola University Medical Center
2160 S. First Avenue
Maywood, IL 60153


MCI
Consumer Markets
PO Box 4450
Bridgeton, MO 63044


MCI
PO Box 4450
Bridgeton, MO 63044


MCI
Harvard Collection Services, Inc
4839 N. Elston Avenue
Chicago, IL 60630-2534


MCS
725 S. Wells
Suite700
Chicago, IL 60607


MCS
725 S. Wells
Suite700
Chicago, IL 60607


MCS
725 S. Wells
Suite700
Chicago, IL 60607


Medical Collection Systems, Inc.
725 South Wells, Suite 700
Chicago, IL 60607


Medical Payment Data
701 Experian Parkway, po Box 2002
Allen, TX 75013

Medical Payment Data
701 Experian Parkway, PO Box 2002
Allen, TX 75013


Medical recovery specialist, Inc.
2200 East Devon Avenue
Des Plaines, IL 60018


Midland Credit Management
8875 Aero Drive
San Diego, CA 92123


Midwest cardiac consulants
6508 west archer Suite 3
Chicago, IL 60638


National Credit Audit Corportation
8600 North Industrial Road
Peoria, IL 61615


Nationwide Acceptance
3435 N. Cicero Avenue
Chicago, IL 60641


NCO Financial Systems INC
PO Box 41457
Philadelphia, PA 19101


NEW YORK TIMES
PO BOX 4039
Woburn, MA 01888


Noel G Alcantra, M.D., SC.
P.O. box 2909
Darien, IL 60561


NORTHWESTERN MEDICAL FACULTY
FOUNDATION, INC.
P.O. BOX 75494
CHICAGO, IL 60675-5494


Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673-7690

Oscar Jackson
7324 S. Dante
Chicago, IL 60619


OSI Collection Service
1375 E  Wooffield RD
Schaumburg, IL 60173


OSI Collection Service
PO Box 959
Brookfield, WI 53008


OSI Collection Services, Inc.
P O Box 43050
Phoenix, AZ 85080-3050


OSI Collection Services, INC.
P.O. Box 987
Brookfield, WI 53008-0987


Park Danson
PO Box 248
Gastonia, NC 28053


Pathology Consultants of Chicago
PO Box 88493
Chicago, IL 60680


PAYCO GENERAL AMERICAN CREDITS, INC
1375 EAST WOODFIELD RD., SUITE 110
SCHAUMBURG, IL 60173-5447


Peoples Energy
Attn: Bankruptcy Department
130 East Randolph Drive
Chicago, IL 60601-6207


Professional Account Management
PO Box 391
Milwaukee, WI 53201-0391


Progressive Management Systems
1521 West Cameron Avenue
West Covina, CA 91793

Progressive Management Systems
PO Box 2220
West Covina, CA 91793


Provident Hospital of Cook County
500 E. 51st Street
Chicago, IL 60615


Provident Hospital of Cook County
500 E. 51st Street
Chicago, IL 60615


Rapidgram
11 Mcleland
Saint Cloud, MN 56395


Rockford Mercantile Agency Inc.
2502 S. Alpine Rd.
Rockford, IL 61108


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612

Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612

Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian
Medical Center
1700 W. Van Buren
Chicago, IL 60612


Rush - Presbyterian - St. Luke's
1700 West Van Buren Street
Suite 161 TOB
Chicago, IL 60612


Rush - Presbyterian - St. Luke's
1700 West Van Buren Street
Suite 161 TOB
Chicago, IL 60612


Rush - Presbyterian - St. Luke's
1700 West Van Buren Street
Suite 161 TOB
Chicago, IL 60612


Russell Agcy
1184 West Bristol Road
Flint, MI 48507


Russell Collection
G-3285 Van Slyke Rd.
Flint, MI 48507-3278


SBC
Bill Payment Center
Chicago, IL 60663-0001


SBC
Bill Payment Center
Chicago, IL 60663-0001

```
South Shore EM Physicians, LLP
South Shore Hosptial
75 Remitt Drive #1349
Chicago, IL 60675-1349


South Shore Emergency
75 Remittance Dr. #1349
Chicago, IL 60675-1349


South Shore Hospital
8012 South Crandon Avenue
Chicago, IL 60617-1124


South Shore Hospital
8012 South Crandon Avenue
Chicago, IL 60617-1124


St. Anthony Hospital
135 S Lasalle
Chicago, IL 60674-1849


St. Bernard Hospital
326 West 64th
Chicago, IL 60621


St. Bernard Hospital
326 West 64th
Chicago, IL 60621


TCF Bank
800 Burr Ridge Pkway
Hinsdale, IL 60521


The Friedell Clinic, SC
190 East Delaware
Chicago, IL 60611


The Univ. of Chicago Phys. Group
75 Remittance Drive, Suite 1385
Chicago, IL 60675-1385


The Univ. of Chicago Phys. Group
75 Remittance Drive, Suite 1385
Chicago, IL 60675-1385
```

The Univ. of Chicago Phys. Group
75 Remittance Drive, Suite 1385
Chicago, IL 60675-1385


The University of Chicago Hospital
PO Box 70565
Chicago, IL 60673-0565


The University of Chicago Hospital
PO Box 70565
Chicago, IL 60673-0565


The University of Chicago Hospital
PO Box 70565
Chicago, IL 60673-0565


The University of Chicago Hospital
PO Box 70565
Chicago, IL 60673-0565


The University of Chicago Hospital
PO Box 70565
Chicago, IL 60673-0565


The University of Chicago Hospital
PO Box 70565
Chicago, IL 60673-0565


The University of Chicago Hospital
PO Box 70565
Chicago, IL 60673-0565


THE UNIVERSITY OF CHICAGO HOSPITALS
P.O. BOX 70565
CHICAGO, IL 60673-0565


Trinity Hospital
2320 East 93rd Street
Chicago, IL 60617


UIC College of Dentistry
801 S. Paulina Avenue
Chicago, IL 60612

```
Universal Radiology, LTD.
9410 Compubill Drive
Orland Park, IL 60462


Universal Radiology, LTD.
9410 Compubill Drive
Orland Park, IL 60462


Universal Radiology, LTD.
9410 Compubill Drive
Orland Park, IL 60462


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612
```

```
University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University Cardiologists
1725 West Harrison
Chicago, IL 60612


University of Chicago Hospital Phys
PO Box 75307
Chicago, IL 60675


University of Chicago Hospitals
P O Box 70565
Chicago, IL 60673-0565
```